### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TRESA M. CAIN,<br><br>          Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner, Social Security<br>Administration,<br><br>          Defendant. | Case No. 08-CV-650-GKF-FHM |

### **OPINION AND ORDER**

The Motion Under Fed. R. Civ. P. 60(b)(6) to Extend Time to Request Attorney Fees Under 42 U.S.C. § 406(b) [Dkt. 30] is before the court for decision. The Motion for Relief Pursuant to Fed. R. Civ. P. 60(b)(6) is GRANTED.

The court remanded this case to the Commissioner for further administrative action, pursuant to sentence four of 42 U.S.C. § 406(g). [Dkt. 23]. On remand the Commissioner issued a fully favorable decision. Counsel's motion for relief under Rule 60(b)(6) was filed after the issuance of the decision, but before the issuance of the Notice of Award. Counsel represents that, as of the date of filing the instant motion, the Notice of Award containing the amount of past due benefits has not been received. Consequently, the amount of the contingent attorney fee cannot be ascertained. Counsel requests an order allowing the filing of the motion for 406(b) fees within sixty days of receipt of the Notice of Award.

The court finds that a period of 60 days from the date of counsel's receipt of the Notice of Award is reasonable. A motion for an attorney fee award under §406(b), together with the required notice to Plaintiff and statement concerning any objection thereto, may be filed within 60 days of the Notice of Award.

SO ORDERED this 28th day of June, 2010.

*Frank H. McCarthy*
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE